```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PETER SENESE,
```

|                                                          |                      |
|----------------------------------------------------------|----------------------|
| Plaintiff,                                               | MEMORANDUM AND ORDER |
| -against-                                                | 11-CV-0072 (RJD)     |

```
KARL HINDLE,

                        Defendant.
-------------------------------------------------------------x
```

**ROANNE L. MANN, UNITED STATES MAGISTRATE JUDGE:**

On March 31, 2011, *pro se* defendant Karl Hindle moved to compel full disclosure of all affidavits and supporting documents and evidence filed by plaintiff Peter Senese before this case was removed to federal court. This Court has obtained from the state court copies of the documents sought by defendant, which documents will be entered into the Electronic Case Filing system under seal and copies sent to both parties.

Plaintiff Senese, who is now proceeding *pro se*, has not responded to defendant's motions to (1) transfer the case to the Eastern District of Virginia; (2) quash the temporary restraining order allegedly obtained by fraud; and (3) quash the arrest warrant[1] and vacate the finding of contempt issued by the state court, all of which motions were filed by defendant on February 14, 2011. Nor has plaintiff taken any further steps to prosecute this case since the Court granted his attorney's motion to withdraw on February 16, 2011. Plaintiff is warned

---

[1] This Court attempted, without success, to have the Honorable Arthur M. Schack, who issued the arrest warrant, lift that warrant so that an in-person hearing could be held in this Court. See generally Letter to Justice Schack from Magistrate Judge Roanne L. Mann (March 18, 2011).

that if, by April 18, 2011, he has not responded to all three motions, the complaint may be dismissed with prejudice for lack of prosecution.

In addition, the state court filings will be unsealed on May 6, 2011 unless, by April 29, 2011, any party wishing to maintain any portion of those documents under seal has served and filed a motion identifying such portions and establishing good cause for continued sealing thereof.

The Clerk is directed to docket this Order into the ECF system and to transmit copies to the parties via Federal Express.

**SO ORDERED.**

**Dated:** **Brooklyn, New York**
**April 7, 2011**

                                        **ROANNE L. MANN**
                                        **UNITED STATES MAGISTRATE JUDGE**